*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

No. 04-11-00816-CV

## IN THE INTEREST OF S.O.L.

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-14491
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:  June 13, 2012

DISMISSED FOR WANT OF PROSECUTION

Appellant Russell Lesser's brief was due April 16, 2012.  Neither the brief nor a motion for extension of time was filed.  On May 4, 2012, this court ordered Mr. Lesser to file his brief no later than May 16, 2012.  Our order informed Mr. Lesser that if he did not file his brief by May 16, 2012, his appeal would be dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a).  Mr. Lesser did not respond; therefore, his appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).  The appeal filed by appellant Linda Lesser remains pending before this court.

PER CURIAM